**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

April 2, 2015

Mr. John J Frail
OFFICE OF THE UNITED STATES ATTORNEY
Southern District of West Virginia
300 Virginia Street East
P. O. Box 1713
Room 4000
Charleston, WV 25326-1713

Mr. Joshua Clarke Hanks
OFFICE OF THE UNITED STATES ATTORNEY
Southern District of West Virginia
300 Virginia Street East
P. O. Box 1713
Room 4000
Charleston, WV 25326-1713

Mr. Steven Loew
OFFICE OF THE UNITED STATES ATTORNEY
Southern District of West Virginia
300 Virginia Street East
P. O. Box 1713
Room 4000
Charleston, WV 25326-1713

Mr. Richard Gregory McVey
OFFICE OF THE UNITED STATES ATTORNEY
5th Avenue & 9th Street
P. O. Box 1239
Huntington, WV 25714-0000

Mr. Abraham Julian Saad
SAAD LAW OFFICE
P. O. Box 1638
Huntington, WV 25717-1638

No. 15-4013,   15-4200  (US v. Steven Walker)

Dear Counsel:

Case number 15-4013 (2:14-cr-139) was docketed on 01/09/2015; case number 15-4200 (3:04-cr-146) was docketed today.

Please advise this court within seven (7) days of the date of this letter if consolidation is appropriate, by filing the appropriate motion or response.

Sincerely,

/s/ T. Fischer
Deputy Clerk