# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
**CLERK**

**TELEPHONE**
**(804) 916-2700**

August 24, 2015

Abraham Julian Saad, Esq.
P. O. Box 1638
Huntington, WV 25717−1638

RE:     15-4200, US v. Steven Lavon Walker

Dear Mr. Saad:

The above matter was docketed by this court on April 2, 2015, on the notice of appeal filed by you on behalf of Steven Lavon Walker. On April 28, 2015, the briefing order issued with the opening brief and joint appendix due on June 2, 2015. On June 11, 2015 a Rule 46 notice issued for failure to file the opening brief and joint appendix and on June 24, 2015, a motion to extend briefing time was filed. On June 26, 2015, an order extending the filing of the opening brief and joint appendix to July 27, 2015, issued. On July 29, 2015, a Rule 46 notice issued for failure to timely file the opening brief and joint appendix with a deadline of August 13, 2015, to resolve the filing deficiencies. To date these deficiencies have not been cured.

It is noted that you are both an active bar member before this court and an active ECF filer with this court. As such, your knowledge of court rules and procedures is implicit and your observance of same tacit. Accordingly, be advised that this correspondence constitutes a second Rule 46 notice. Failure to file the required documents within fifteen days will lead to the initiation of disciplinary proceedings pursuant to Local Rule 46(g) and may result in removal from the case, denial of compensation, and appointment of substitute counsel.

Sincerely,

/s/ *Patricia S. Connor*

Patricia S. Connor

PSC:cad

cc:     Teresa L. Deppner, Clerk
        Joshua Clarke Hanks, Esq.