FILED: September 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4200

(3:04-cr-00146-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STEVEN LAVON WALKER

      Defendant - Appellant

_____

O R D E R

_____

Appellant's motion for extension of time to file the opening brief and appendix is denied without prejudice to filing of a renewed motion, accompanied by the brief and joint appendix, on or before October 1, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk